*Birth Records* — EXHIBIT #10

| DATE | TIME | NURSES OBSERVATIONS |
|---|---|---|
| 10/27 | 0240 | Babe arrived to nsy. Babe not crying but awake. Tone slightly floppy. Color pale & guishly to cyanotic. O2 5L per mask given. P.O. showed 90% HR 160 & regular. RR 80. Has supra sternal retracting c̄ nasal flaring only. At 0243 — P.O. 91% Stimulating babe to cry. Lungs slightly congested. T 99.8 160-80. Cont d/c c̄ mask on. Babe under warmer upon admission. At 0247 P.O. 98%. Babe's color pale but not cyanotic. |
|  | 0257 | Babe awake but not crying or moving. RR 8 c̄ supra sternal retracting only. HR 160. Isolette flowed c̄ O2. Stim given to babe & started to cry. Color went from cyanotic to pale-pink within seconds. TO isolette c̄ towel roll under neck & HOB ↑. Isolette temp 31.8°C. Isolette titrated @ 49%. P.O. now 93% - HR 157. Color pink pale. Babe moving arms & legs but quiet. After several seconds, PO % up to 98%. RR 70. No retracting or flaring. |
|  | 0300 | Infant in isolette awake c̄ good tone & alert. Lips appear bulgy c̄ edematous eyelids. P.O. 99% @ 41% O2 resp 64 s distress HR 134 B/L breath sounds clear color pale pink |
|  | 030 | Talked to Dr C. Olson orders received |
|  | 0330 | O2 @ 32% p.o. 99% resps 56 s distress color pale pink alert good tone |
|  | 0340 | Infant awake p.o. 99% 31% O2 resps 44 color cont c̄ pale pink, cries occasion of c̄ stimulus & pukers up |
|  | 0420 | CBC & BC done & sent to lab PCX=41 p.o. 99% on 31 mask under RC warmer. Minimal ... Nursing blood draw, tone good |

| Time | Notes |
|---|---|
| 0420 | Heimlich Bay stat NIC 6603809 CBC B Olson 0420 10/27/03   781343 | Heimlich Bay B Olson, NIC 10/21/03  6603809 0520  781342 Ped cult |
| 0500 | Infant resting quietly eyes closed resps P.O. 99% O₂ @ 26% resp 48 cleaned infant for mec stool — nj |
| 0540 | Infant cont to rest quietly O₂ @ 25% p.o. 98% resps 56 HR 114 — nj |
| 0615 | Infant took 21 ml Sim Adv good suck & burp tolerated well & retained — nj |
| 0620 | Dr. C. Olson called in to √ on status of infant nj |
| 0630 | O₂ turned off color pink — nj |
| 0640 | P.O. 94% O₂ @ 22% HR 120 Resp 48 — nj |
| 0800 | Asleep in isolette. Respirations range between 32 + 60 unlabored. O₂ off @ 22%. Pulse Ox ranging between 95% & 98%. Isolette temp. 31.8°C. Slightly pale. Eyes c̄ some bulging. UG |
| 0805 | Mom ambulatory to NSY Holding baby's hand. Smile @ baby UG |
| 1000 | Dr. Olson in for exam. Orders received. — MG |
| 1015 | Took 25cc's sim c̄ fe. Burped + retained. P.O. 95% - 98%. — MG |
| 1115 | Out to moms room via crib. P.O. 97%. — MG |
| 1210 | Returned from Moms room. Asleep in crib. P.O. 97%. — MG |
| 1350 | Dad to NSY. Baby out to room c̄ Dad. P.O. on 98%. — MG |
| 1415 | Took 25cc's sim c̄ fe. Burped + retained. In room c̄ Mom + Dad. MG |
| 1600 | Assessment completed in crib in moms room. Hat on, double wrapped. VS stable. Resp. 40 s̄ signs of distress, no nasal flaring or retractions noted. P.O. 99%. — TP |
| 1730 | Asleep in visitors arms. P.O. 99%. — TP |
| 1830 | fed 15cc per visitor. encouraged mom |

MedCentral Health System
NURSES'S NOTES
13252109 (8/00)

Addressograph
6603809
HEIMLICH, BABY BOY
6603809  M COD OLSON, B
10/27/03
NSY

| TIME | NURSES' OBSERVATIONS |
|---|---|
|  | to try to feed more next time. P.O. 99%. TP |
| 2000 | to nsy. Awake, quiet. P.O. reapplied. P.O. 99%. diaper dry. Double wrapped c̄ hat on. placed on Ⓡ side. ——TP |
| 2105 | being fed per this nurse. took 29cc s̄ difficulty. placed on Ⓡ side. ——TP |
| 2200 | Asleep in crib. P.O. 99%. no resp. distress noted. Repositioned. ——TP |

| DATE | TIME | NURSES OBSERVATIONS |
|---|---|---|
| | 0101 | Baby in crib - Pulse ox in high 90's. |
| | 0045 | Baby given formula feeding. 4 oz taken and retained. |
| | 0200 | Continues c̄ high Pulse ox readings 97 to 99. Has occasional tremors. |
| | 0445 | Baby to mom but mom stated felt woozy from pain meds and asked the nurses to feed baby. Baby given formula 2 oz. Baby is active, gaggy. |
| | 0630 | Baby asleep in crib. No distress. |
| | 0800 | Quiet in nsy - Remains on continuous Pulse ox. Mom to nsy - held baby - then assisted c̄ feeding + burping. Seems very unsure. |
| | 0900 | Asleep in crib - Mom went to her room — MM |
| | 0930 | To room per mother — MM |
| | 1100 | Bath done for parents in room - Pulse ox 98% prior to bath. - reapplied p̄ bath - 98% again then removed for feeding |
| | 1130 | Taking formula well for mom — MM |
| | 1300 | Asleep @ mom's bedside — MM pulse ox 98% - removed for use on another in nsy |
| | 1400 | Asleep @ mom's bedside — MM |
| | 1600 | In nursery c̄ pulse ox on. Asleep on side in crib. Color pink, resp. unlabored. — B Gosser |
| | 1700 | Pulse ox = 95-98%. Quiet in crib in nursery. BG |
| | 1745 | To mom for feeding. Pulse ox off. — B Gosser |
| | 1930 | Returned to nursery. Mom states "took formula well c̄ sm. spit. On side in crib c̄ HOB ↑. Pulse ox on = 98% BG |
| | 2030 | Dr. Olson here to check infant. Pulse ox discontinued per Dr. Olson. — B Gosser |
| | 2130 | Baby to room per mom for feeding. — B Gosser |
| | 2230 | Returned to nursery. Quiet on side in crib. B Gosser |

| DATE | TIME | NURSES OBSERVATIONS |
|---|---|---|
| 10/29/03 | 0001 | baby in nursery on side, eyes closed, in crib c̄ HAL, skin pink in color, resps easy, [illegible] |
| | 0115 | tinge jaundice noted B/L [redacted] Ⓡ more so than Ⓛ, Ⓡ orbital swollen raised red noted, scant on Ⓛ. [illeg] — N |
| | 0200 | formula offered, awake & fussy, eating, took 43 ml c̄ strong suck, burped well — N |
| | 0320 | on side in crib, sleeping, resps easy, skin pink — N |
| | 0445 | out to mother for feeding & rooming-in. mother awaiting & loving. handles baby well. — N |
| | 0645 | back to nursery, per mother's request, took 60 ml c̄ feeding, asleep in crib. mother expressed concern about eyes. reassured that Dr. will be made aware. — N |
| | 0800 | B/L orbital edema still noted — Rt eye has small amt of yellow drainage. small closed elevated areas that are red-yellowish — are lateral (more on Rt eye than noted on Lt). Dr. Olson here & has talked to Dr. Marquardt — orders received |
| | 1030 | Cultures sent [stamp: HEIPLICH, BABY BOY 660386Y GOD OLSON, B Cultures NEW 10/27/03 0001/01 NSY MED REC # 37342781339] Bact. Px off [stamp: HEIPLICH, BABY BOY Herpes Cult 660386Y GOD OLSON, B Rt eye NEW 10/27/03 0001/01 NSY MED REC # 37342781340] Voided prior to circ |
| 10/29 | 1000 | Circ done c̄ Plastic bell |
| | 1015 | Circ c̄ bell in place — No bleeding — N Heller RN |
| | 1030 | Circ same |
| | 1045 | Circ same — Babe to mom — Circ care taught — N Heller |
| | 1100 | Babe took formula & retained — N Heller |
| | 1300 | Babe sleeping in mom's room — N Heller |
| | 1400 | Maxitrol eye oint to both eyes & around eyes — small elevated areas seem smaller & less — N Heller RN |
| | | Babe to nursery — mom off floor |

9/29 Page 2

| TIME | NURSES' OBSERVATIONS |
|---|---|
| 1400 | Babe voided & passed stool —————————— N Hellen RN |
| 1500 | Grandmother feeding baby —————————— N Hellen RN |
| | Mother instructed how to do eye oint —————— N Hellen RN |
| 1600 | Asleep with mom in her bed. —————————— BT |
| 1800 | Asleep held by visitor. No apparent drainage from eyes @ this time —————————— BT |
| 2000 | Took 60cc formula for mom & retained. BT |
| 2045 | Dr. Marquardt here to examine baby. Instructions given to mom. —————————— BT |
| 2015 | Discharged c̄ mom. —————————— BT |



MedCentral Health System
NURSES'S NOTES
13252109 (8/00)

6603809

| DATE | TIME | ORDER |
|---|---|---|
| 10/27 | 0310 | O₂ - ok to wean if P.O. greater than 95% callback if unable to wean. CBC & BC. PCX if less than 40 call MD OK to feed if resps below 70 V.O. Dr C. Olson / M Jackson *Authenticated by Brad A Olson M.D. On 2/16/2004 4:19:51 PM* noted M Jackson 10/27/10 0380 |
| | 1110 | D/c cults. v.o./Dr Olson/ MGrale May go to room for feeds c̄ P.O. on. MGrale |
| 10/28 | 2005 | May leave P.O. off. V.O. Dr B. Olson / N Blu... |
| | | N Blu... 10/28/03 2130 |
| 10/29/03 | | Please put Maxitrol Ophthalmic Ointment ... both eyes now and q6°. Swab culture for bacteria and herpes (use conjunctival). Consulted Dr. Marcourt Have to consult ... |



MedCentral Health System

PHYSICIAN'S ORDERS
1102 (R 8-02)

ADDRESSOGRAPH

6603809

HEIMLICH, BABY BOY
6603809  Dr. OLSON, B
D.O.B. 10/27/03
...
PED REC/... 373422