PATIENT # 000042013
D.O.B. 10/27/2003
STEIN, AIDEN P

# Mansfield-Ontario-Richland County Health Department
## Child Health History

Child's Name: _Aiden P. Stein_ DOB: _10-27-03_ Date first seen: _11-24-03_
Sex: _m_ Race: _w_

Mother's Name: _Erica Heimlich_ Father's Name: _Matthew Stein_
Guardian's Name: _____

Birth History:

Maternal Medications/ Problems: _∅_
Gestational Age & Type of Delivery _∅_          Birth Weight _6# 14 oz_
Neonatal condition/ Complications _cord around neck @ delivery_
PKU _∅_          Jaundice _∅_          Home with _yes_

Family Health History:     (M= Mom, D= Dad, G= Grandparent, S= Sibling)

TB _∅_          DM _paternal side m great grandfather_     CAP _great grandparents_ HTN _paternal side_     Ht D _paternal grandfather_

BD _∅_          MR _∅_          Seiz _∅_          Allg _∅_          Thy _m aunt_

Asthma _p grandmother father_     Sickle Cell _∅_          Mental Health _paternal m great grandmother_

Other _____

Child's History/ Problems:     (hospitalizations, injury, chronic illness, other diagnoses)

_right eye - possible lacrimal duct problem?_

EXHIBIT
#11

Allergies:

# Child Health Assessment

Name: _____     DOB: _____

*Grew Almost 3 inches in only 28 days*  *Nice & tall growth*

Date: 11-24-03  Child's Age: 28d  HT: 21  WT: 9#8  HC: 16 4/7  Temp: 97.6 ax  BP: ∅

Vision: L ∅  R ∅  color _____     Hearing: L ∅  R ∅     U/A: diaper

Hgb: ∅     Lead: ∅     result _____     Development: passed

**Education:** Car Seat/ Belt ___ Growth & Devel ✓ Feeding ✓ Dental ∅ Sleeping ✓∅ *up right* Toilet Training ∅
Discipline ∅  Enuresis ∅  Immys AUC Lead ∅  Other _____
**Social History:** Who does child live with? mom, dad
Sleeping arrangements? crib c parents  Car Seat/ Seatbelt in use? _____  Smokers? yes
Child attends Daycare/ Preschool/ School? ∅
Problems/ Special Services at School? ∅
**Agency Involvement:** WIC ✓  HMG ___ REHAB ___ Newhope ___ Center ___
Headstart ___ Comfort ___ Juv. Court ___ Children's Services ___
**Oral Screen:** Dentist in past 12 months? ∅  Brushes BID ∅  Fluoride ___ Problems ___
**Current Medications:** Drug/ Dosage Mylicon - San
**Today's Questions/ Concerns:** _____

Nurse: A Bowman RN

| | N | A | | Diagnosis/ Treatment: |
|---|---|---|---|---|
| Appearance | Ⓝ | A | | Well child c |
| Skin | Ⓝ | A | | blocked tear duct. |
| Head | Ⓝ | A | | Massage. |
| Eyes | Ⓝ | A | red reflex · Ⓡ drainage | Sodm sulamyd Ī drop Ⓡ |
| Ears | Ⓝ | A | | TID → AR. |
| Nose | Ⓝ | A | | |
| Teeth | Ⓝ | A | | See 1 month PE. |
| Throat | Ⓝ | A | | Referrals: |
| Neck | Ⓝ | A | | |
| LymphGlands | Ⓝ | A | | |
| Heart | Ⓝ | A | | |
| Lungs | Ⓝ | A | | |
| Abdomen | Ⓝ | A | | Immunizations: |
| Genitals | Ⓝ | A | ♂ | |
| Orthopedic | Ⓝ | A | | |
| Neuro | Ⓝ | A | | |

Comments: _____

Follow-up: _____     Practitioner: _____

LENGTH 18.9 CM WEEK OF GESTATION

HEAD CIRCUMFERENCE 33 CM WEEK OF GESTATION

WEIGHT 3118 GM



Head 13.4 at birth

28 days later it was 16?

### 1st  Exam (X)

| | | |
|---|---|---|
| LARGE FOR GESTATIONAL AGE (LGA) | | |
| APPROPRIATE FOR GESTATIONAL AGE (AGA) | X | |
| SMALL FOR GESTATIONAL AGE (SGA) | | |
| Age at Exam | | hrs |
| Signature of  Examiner | m Jackson | R.N. |

6603809