# PSYCHOLOGICAL EVALUATION
## for
## MATTHEW STEIN

Date of Birth:        ●●●●/1983
SS#:                  ●●●●●-2755
Date of Evaluation:   ●●●●/05
Evaluator:            Steven Burggraf, PhD, LPCC

## HISTORY

Matthew Stein is a 21 year old, white, never married, but co-habituating, male who currently lives with his significant other at their Cook Road, Mansfield, Ohio residence. He reports that they have been together for approximately one and one half years. He is the biological father of a 19 month old son, Aiden. He also has a three year old daughter from a previous relationship. Currently, Aiden is hospitalized as a result of serious medical issues. The origin of Aiden's medical issues has not yet been determined. Matthew stated that it has been alleged that Aiden's medical problems are the direct result of physical abuse perpetrated by him. He stated that a physician reportedly indicated that Aiden's problems are the result of shaken baby syndrome. Matthew denied that he abused Aiden in any way and that he believed his medical issues are the result of an undiagnosed birth deformity. When asked as to his understanding of why Richland County Children Services requested a psychological evaluation, Matthew's answer was, "they think I am responsible for Aiden's problems."

Matthew explained the events of March 15, 2004 when the incident with Aiden occurred. He stated that in the morning, after Arica had gone to work, that Aiden started choking on formula and then stopped breathing. When he became aware of this, he stated that he panicked and that he kept thinking he needed to find a phone to call 911. He stated that he knew CPR but he that his mind was racing and he could not think, so he went next door to use their phone. He stated that he went next door and called 911 and that his next door neighbor started CPR on Aiden. He reported that Aiden was blue in color and non-responsive. He stated that paramedics were unable to intubate Aiden. He stated that Aiden was taken to Med Central Hospital and later was flown to Akron Children's Hospital. Matthew stated that after arriving at the hospital and being there about one half hour, he was confronted with the prospect that Aiden was a victim of shaken baby syndrome. He stated that they told him that there was extreme bleeding in the brain, and that Aiden was going to die. When asked what his reaction was, he stated, "I was shocked." Matthew stated that the cause of injuries is under investigation. He stated that he has only spoken to a police officer one time.

With regard to his 3 year old daughter, Summer, she currently lives with her mother. As a result of current allegations, Matthew is only allowed to have phone contact.

EXHIBIT #12

### REASON FOR REFERRAL

As a result of current allegations, which as prompted an investigation by Richland County Children Services, and as a part of Matthew's case plan, a psychological evaluation was requested to determine potential mental health treatment needs.

### ASSESSMENT INSTRUMENTS

Psychosocial History
Psychological Status Report
Minnesota Multiphasic Personality Inventory-2
General Ability Measure of Adults
Parent Stress Index, short form

### PSYCHOLOGICAL FUNCTIONING

#### Minnesota Multiphasic Personality Inventory-2 (MMPI-2)

Matthew produced an invalid MMPI-2 profile as the result of producing a T>score of 87 on the L scale. The L> scale was constructed to detect a deliberate attempt on the part of the test taker to present themselves in a favorable light. A T score above 65 suggests such extreme denial and or defensiveness that the protocol should not be interpreted. Matthew produced a T> score of 87 on the L scale.

#### General Ability Measure for Adults (GAMA)

Matthew's general mental ability was measured using a nonverbal test that required him to answer reasoning and problem solving questions using abstract geometric designs. On this measure, he earned a GAMA IQ score of 101, which falls in the average category of mental ability.

#### Parent Stress Index, short form

Matthew was also given the Parenting Stress Index (short form), which is designed to screen for and assess the stress in the parent-child dyad and to predict the potential for dysfunctional parenting behavior and child adjustment. He responded to the 36 items on the Parenting Stress Index (short form) as it pertains to his parental relationship with his son. On this measure he produced an invalid profile as a result of approaching test items in a defensive manner. The profile should not be interpreted if the validity score is 10 or less. Matthew produced a score of 8.

### PSYCHOLIGICAL STATUS SUMMARY

At that time of the psychological evaluation, Matthew was fully oriented to person, place and time. He did not report any subjective experiences suggestive of difficulties with attention and concentration. Matthew did not report any symptoms indicative of distorted perceptual

processes, delusional thinking or unusual thought content. He reported his current emotional state as feeling composed. Additional reported emotions include anxiety. Matthew stated that he is anxious about his son's medical problems. Somatic difficulties include headaches and diarrhea. Matthew did not report any symptoms indicative of current or past episodes of depression. He denied any past or current suicidal ideation or behavior. He did not report symptoms suggestive of current or past mania or hypomania.

Matthew defined his family life growing up as "great". He stated he had a good life with a strong at-home mom. At the age of 11, Matthew found out that his dad was in fact not his biological father. He stated that his was very upsetting to him. His junior year in high school, Matthew stated that he had a desire to meet his biological father. When he met him, he reported that he discovered that he was a heroin user. He stated that he was domestically violent toward his wife. Not long after he met him, his biological father died of a drug overdose.

Matthew also reported that he abused marijuana and drank alcohol heavily in high school. He indicated that while he was in high school, he got into a serious argument with a school principle. He had an anger outburst, and as a result of his out-of-control behavior he was hospitalized on the psychiatric ward at Med Central hospital for 10 days. Matthew reported that he was diagnosed with Attention Deficit Hyperactivity Disorder and was medicated for the same. He was also diagnosed with Bipolar II Disorder and was prescribed a mood stabilizer to address significant mood swings.

Matthew reported that he drinks alcohol once a week. Significant events which have occurred while drinking include participation in usually avoided sexual activities and participation in behaviors that were later regretted. He stated that there was time in his past that he knew he should cut down on his dinking. He stated that there was time while in high school that he felt guilty and ashamed because of his drinking. he was hospitalized a second time in Richland County Psychiatric Hospital as a result of his substance abuse and severe episodes of depression.

Matthew states that when he was 18 years old, he was arrested for domestic violence against his daughter's mother. The charge was later reduced to disorderly conduct. He also reported that six months before he turned 21 he was charged with underage consumption. With regard to aggressive behavior, Matthew admitted to being involved in a number of fist fights in school. He reported that his last fist fight was while in high school. He stated that he does not hold stuff in. He reported that his temper changes depending on who it is.

When I asked him directly if he was responsible for his son's medical issues/injuries, his answer was, "No."

Matthew reported that he has attended six counseling sessions at Fairlawn Counseling Center. He stated that counseling was to help him address issues related to the events in March regarding his son.

## DIAGNOSTIC SUMMARY

| | |
|---|---|
| Axis I | 799.9 Diagnosis deferred |
| Axis II | 799.9 Diagnosis deferred |
| Axis III | Headaches |
| Axis IV | Previous legal involvement, seriously ill child |
| Axis V | GAF= 65 (current) |

## RECOMMENDATIONS AND CONCLUSIONS

Matthew Stein was very guarded with regard to is approach to the psychological evaluation process. This is reflected in an invalid MMPI-2 profile. The only information that Matthew appeared to be willing to fully communicate was undisputed events of the past. He denied any current symptoms or issues other than his anxiety concerning the situation with his son. He reported a history of being diagnosed with Bipolar II Disorder, Attention Deficit Disorder, and a positive history of substance abuse. He also reports being adjudicated for disorderly conduct and underage consumption. He has previously taken psychotropic medications to address symptoms.

The net result of my evaluation is inconclusive with diagnoses on both Axis I and Axis II, being deferred, meaning information is inadequate to make any diagnostic judgment about an Axis I or Axis II diagnosis or condition. I am, therefore, unable to make treatment recommendations. It should be noted that it is not unusual for clients who are facing possible litigation to approach a psychological evaluation in a guarded manner.

Respectfully submitted,

Steven Burggraf, PhD, LPCC
Executive Director

SBB/mab