Paul A. Byrne, M.D.
577 Bridgewater Drive
Oregon, Ohio 43616
(419) 698-8844
e-mail:pbyrne@toast.net
January 20, 2008

Mr. Mathew P. Stein
Inst. No. A492.058
Belmont Correctional Inst.
PO Box 540
St. Clairsville, OH 43950

Dear Mr. Stein:

I carefully reviewed all records of Aiden Stein, including records of his birth and well-baby office visits.

Aiden's delivery was difficult. At birth and in the hours after birth, the nurse was so concerned about Aiden that she called the attending pediatrician and awakened him at about 4 AM to tell him of Aiden's condition. That's how concerned the nurse was!

In the 3 weeks after birth, Aiden's head greatly increased in size. This great increase in size was documented repeatedly by the well baby nurse, but she did nothing about it. Aiden very likely had a subdural hemorrhage at birth which persisted until he stopped breathing at home. The CT-scans of his head showed chronic (present longer than 3 weeks) and acute bleeding. When a subdural collection of fluid is present the body continues to try to clean up the subdural fluid but there continues to be leakage of new blood into the subdural area. A subdural like Aiden had needs to be diagnosed, which it was not, in order to treat it. It should have been diagnosed and treated when Aiden was 3 weeks old or soon thereafter. Aiden's condition would have had a much better chance to be treated successfully if he had been properly diagnosed.

You asked if Aiden had a skeletal survey. Yes he did. No fractures were found. This was repeated about 2 weeks after the initial skeletal survey. This again confirmed that there were no fractures. There was a linear area of decreased calcification in one of his parietal bones. This is an anomalous parietal suture. A recent skull X-ray exam shows that this is no longer present. This is what is expected of an anomalous suture.

I testified in Court to the best of my ability. You did not have adequate legal representation. I repeatedly called Mr. Boggs trying to communicate with him. He would not communicate with me in a manner necessary to properly defend you. Only at my absolute insistence did he meet with me about 3 days before your trial. This was not enough time for an attorney to learn the medical aspects of Aiden in order to properly defend you. Later I was told that Mr. Bogg's law license had been revoked, but that he

EXHIBIT #13

was reinstituted shortly before your trial. I don't know if this had anything to do with his uncooperativeness.

Also the first time I testified on your behalf I didn't even meet your attorney until I was in the Courtroom answering questions, which I heard then for the first time. That was a shameful so-called "legal" hearing. The required records were not given to me for proper review in preparation for that Court decision.

I am greatly disappointed by our legal and medical systems in obtaining records and presenting my testimony on behalf of you and Aiden.

It is my conclusion that Aiden had a subdural bleed at birth. This became a chronic subdural. Aiden was not diagnosed in a timely manner. Aiden had difficulty with breathing when he was under your care. You sought medical treatment for your son as you correctly should have. The doctors who treated Aiden in the Mansfield Hospital ER and also at Akron Children's hospital did not request his birth records or clinic records. Without these records those physicians did not have complete information. They would have had a chance to make a correct diagnosis if they had requested and reviewed the birth records and well-baby records of Aiden.

It is shameful of all of them that they did not obtain and consider all of the information about Aiden. There are many reasons to believe that had you been adequately represented, you would not have been convicted. You should at the very least be given the chance to have a fair trial with adequate legal and medical representation.

If anyone would like to ask any further questions, I will answer them.

Sincerely,

Paul A. Byrne, M.D.
Clinical Professor of Pediatrics
University of Toledo
College of Medicine
Toledo, Ohio, and
Director of Pediatrics and Neonatology
St. Charles Mercy Hospital
Oregon, Ohio

2